UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ORLANDO JAMES,

        Plaintiff,              FILE NO. 2:07-CV-235

v.                                  HON. ROBERT HOLMES BELL

UNKNOWN JONDREAU et al.,

        Defendants.
                                  /

## ORDER AND PARTIAL JUDGMENT

In accordance with the opinion entered this date,

**IT IS ORDERED** that Plaintiff's objections (docket #64) to the Report and Recommendation of the Magistrate Judge (docket #58) are **GRANTED IN PART AND DENIED IN PART** and the Report and Recommendation of the Magistrate Judge is **ADOPTED IN PART AND REJECTED IN PART**.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by Defendants Morin, Jondreau, Vertanen, Lampela, Marti, Kertu, Curtis and LeClaire (docket #24) is **GRANTED IN PART AND DENIED IN PART** and the motion for summary judgment filed by Defendants Tribley, Sackett and Borgen (docket #50) is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is hereby entered against Plaintiff and in favor of Defendants Jondreau, LeClaire, Morin, Tribley, Sackett and Borgen.

**IT IS FURTHER ORDERED** that Plaintiff's retaliation claim is **DISMISSED**, but his claim of excessive force claim against Defendants Vertanen, Lampela, Marti, Kertu and Curtis will be allowed to proceed.


Dated: June 23, 2009                         /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE